CAUSE # CR-19872A                    15 JULY 15

83,304-01

RESPECTIBLE CLERK,

I AM WRITING TO YOU TO CONFIRM THAT YOUR

COURT HAS RECEIVED MY WRIT OF HABEAS CORPUS

AND ITS 27 PAGE BRIEF IN SUPPORT FROM THE

35TH DISTRICT COURT.

I HAVE RECEIVED NO NOTICE FROM YOUR COURT

SHOWING YOU RECEIVED MY WRIT OF HABEAS CORPUS.

I AM ALSO SENDING NOTICE OF CHANGE OF

ADDRESS. I HAVE BEEN MOVED/TRANSFERRED TO A

DIFFERENT UNIT.

MY NEW ADDRESS IS A FOLLOWS:

BRIAN B. WILLIN #1795654
WYNNE UNIT
810 F.M. 2821 WEST
HUNTSVILLE, TEXAS
              77349

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 20 2015

Abel Acosta, Clerk

THANK YOU,
Brian B. Willin   15 JUL 15
BRIAN B. WILLIN #1795654

#1705054
Brian Willis
Winnie Unit
810 F.M. 2821 West
Huntsville, Tx.
77349

LEGAL

NORTH HOUSTON TX 773

17 JUL 2015 PM 4 L

11TH COURT OF APPEALS
EASTLAND CO. COURTHOUSE
100 W. MAIN ST. STE 300
P.O. BOX 271
EASTLAND, TX.
76448-0271

(76448-027)

76448027171